**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 02 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § | **INDICTMENT** |
| | § | Ct 1-3: 18 U.S.C. §661 |
| VS. | § | Theft within Special Maritime and |
| | § | Territorial Jurisdiction |
| LUTHER FINLEY, | § | |
| Defendant. | | |

**SA19CR0728 FB**

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 661]

On or about June 8, 2018, at Joint Base San Antonio – Fort Sam Houston, Texas, in the Western District of Texas, and within the special maritime and territorial jurisdiction of the United States, Defendant,

**LUTHER FINLEY,**

did take and carry away, with intent to steal and purloin the personal property of B.R.B., specifically an Ozone 500 road bicycle, and the personal property of S.M., specifically a Dynacraft Equator bicycle, in violation of Title 18, United States Code, Section 661.

### COUNT TWO
### [18 U.S.C. § 661]

On or about January 3, 2019, at Joint Base San Antonio – Fort Sam Houston, Texas, in the Western District of Texas, and within the special maritime and territorial jurisdiction of the United States, Defendant,

**LUTHER FINLEY,**

did take and carry away, with intent to steal and purloin the personal property of B.A.B.,

specifically a Cervelo P3 red and white bicycle and a Sigler carbon fiber road bicycle, valued in excess of $1,000, in violation of Title 18, United States Code, Section 661.

### COUNT THREE
### [18 U.S.C. § 661]

On or about January 26, 2019, at Joint Base San Antonio – Fort Sam Houston, Texas, in the Western District of Texas, and within the special maritime and territorial jurisdiction of the United States, Defendant,

**LUTHER FINLEY,**

did take and carry away, with intent to steal and purloin the personal property of D.W., specifically a Roadmaster Granite Peak men's mountain bicycle, and the personal property of W.Z., specifically a Roadtech Kent 700 bicycle, in violation of Title 18, United States Code, Section 661.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
BRIAN NOWINSKI
Assistant United States Attorney